JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DAVID MILLENDER,** | ) | **NO. CV 19-2809-KS** |
| **Petitioner,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **R.C. JOHNSON, Warden,** | ) | |
| **Respondent.** | ) | |

_____

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 20, 2020

_Karen L. Stevenson_
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE